# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

**KERWIN SCRUGGS,**
**ADC #132755**                                                                            **PLAINTIFF**

**v.**                        **2:09cv00096 BSM/HLJ**

**WENDY KELLEY, et al.**                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the memorandum and order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 8th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE